## Second Department, October, 1930.

American Trust Company, as Trustee under Deed of Trust Dated March 1, 1926, Made by J. F. I. Construction Co., Inc., Respondent, v. J. F. I. Construction Co., Inc., and Others, Appellants. David Friedman and Ida Friedman, Copartners Doing Business as M. Friedman & Co., and Others, Respondents.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

Florence Arbuckle, Appellant, v. Mary L. Doody and Others, Respondents. — Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kapper, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.

Astoria Planet Corporation, Appellant, v. R. T. R. Realty Corporation, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Kapper, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.

Paul M. Beacom, Respondent, v. American Ink Company, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kapper, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.

Catherine Bergen, Respondent, v. William Schiffmacher, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present Kapper, Carswell, Scudder and Thompson, JJ.; Lazansky, P. J., not voting.

Stephen Bincik, Appellant, v. Bernard Trubin and Joseph Bitz, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Kapper, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.

Frank Blum, Appellant, v. The Nassau Purchasing and Building Corporation and Others, Defendants. Charles Kemlein, Respondent. — Motion for